# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: ACTOS (PIOGLITAZONE) PRODUCTS
LIABILITY LITIGATION

| | | |
|---|---|---|
| Lema et al v. Takeda Pharmaceuticals America, Inc., et al, | ) | |
| N.D. California, C.A. No. 4:12-00841 | ) | MDL No. 2299 |

## ORDER VACATING CONDITIONAL TRANSFER ORDER

    A conditional transfer order was filed in this action (*Lema*) on April 12, 2012. In the absence of any opposition, the conditional transfer order was finalized with respect to *Lema* on April 20, 2012. The Panel has now been advised that *Lema* was dismissed without prejudice pursuant to a notice of voluntary dismissal filed by plaintiffs on April 17, 2012.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-15" filed on April 12, 2012, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel